IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. 6:23cr-007 |
| v. | ) 26 U.S.C. § 7201 |
| SAMIR PATEL | ) Attempt to Evade Assessment of Federal Income Taxes |

THE UNITED STATES ATTORNEY CHARGES THAT:

At times material to this information:

FILED
John E. Triplett, Clerk of Court
United States District Court
By JamesBurrell at 12:24 pm, Apr 03, 2023

## INTRODUCTION

1. The defendant, **SAMIR PATEL**, was a resident of Statesboro, Georgia, in the Southern District of Georgia.

2. In 1999, **PATEL** successfully completed a three-month course in how to accurately prepare federal income tax returns at Company A, a national tax return preparation business. In that course, **PATEL** learned that federal income tax returns must be true, correct, and complete. **PATEL** also learned that taxpayers must report all their income, including all business income and compensation for services. And **PATEL** learned that taxpayers must sign their federal income tax returns under penalties of perjury.

3. From 1999 to 2015, **PATEL** prepared federal income tax returns, including U.S. Individual Income Tax Returns, Forms 1040, for customers at Company A.

4. In 2015, **PATEL** bought a franchise of Company A in Claxton, Georgia, in the Southern District of Georgia, through a company he owned in Statesboro, Georgia. As sole owner and operator of the franchise of Company A, **PATEL** hired, trained, and supervised tax return preparers. **PATEL** also prepared federal income

tax returns, including U.S. Individual Income Tax Returns, Forms 1040, for customers at his franchise of Company A until in or about January 2021.

5. The Internal Revenue Service (IRS) was an agency of the United States Department of the Treasury responsible for administering the federal tax laws of the United States and collecting taxes owed to the United States.

## COUNT ONE

*Attempt to Evade Assessment of Federal Income Taxes*
26 U.S.C. § 7201

6. From in or about January 2015 through in or about March 2018, in the Southern District of Georgia and elsewhere, the defendant,

**SAMIR PATEL,**

willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America, for the calendar years 2015, 2016, and 2017, by preparing and causing to be prepared, and signing and causing to be signed, false and fraudulent U.S. Individual Income Tax Returns, Forms 1040, which were submitted to the Internal Revenue Service.

7. On the tax return for calendar year 2015, **PATEL** reported and caused to be reported that his and his spouse's joint taxable income was $54,427, and that the amount of tax due and owing was $0. In fact, as **PATEL** knew, **PATEL** and his spouse had joint taxable income for the calendar year 2015 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

8. On the tax return for calendar year 2016, **PATEL** reported and caused to be reported that his and his spouse's joint taxable income was $121,338, and that the

amount of tax due and owing was $5,784. In fact, as **PATEL** knew, **PATEL** and his spouse had joint taxable income for the calendar year 2016 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

9. On the tax return for calendar year 2017, **PATEL** reported and caused to be reported that his and his spouse's joint taxable income was $123,901, and that the amount of tax due and owing was $5,306. In fact, as **PATEL** knew, **PATEL** and his spouse had joint taxable income for the calendar year 2017 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201.

Respectfully submitted,

Matthew C. Hicks
Trial Attorney, Tax Division
Lead Counsel

Patricia G. Rhodes   w/ Permission
Assistant United States Attorney
Chief, Criminal Division

John P. Harper III
Assistant United States Attorney
Lead Counsel